

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-12-00788-CV

## IN RE TOWN OF BARTONVILLE PLANNING AND ZONING BOARD OF ADJUSTMENTS and Kristi GILBERT

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Sandee Bryan Marion, Justice
               Marialyn Barnard, Justice

Delivered and Filed:  December 12, 2012

PETITION FOR WRIT OF INJUNCTION DENIED

On November 26, 2012, relator filed a petition for writ of injunction. The court has considered relator's petition and the response of real party in interest and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of injunction is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2012-60272-399, styled *Bartonville Water Supply Corp. v. Kristi Gilbert and The Town of Bartonville Planning and Zoning Board of Adjustments*, pending in the 393rd Judicial District Court, Denton County, Texas, the Honorable Douglas Robison presiding.